Michael **BRADFORD**, Plaintiff–Appellant,

v.

Dwayne **CARTER**, a.k.a. Lil Wayne, et al., Defendants,

Darius J. Harrison, a.k.a. Deezel, BMI, Inc., Dwayne Michael Carter, Jr., a.k.a. Lil Wayne, Bobby Marcel Wilson, a.k.a. Bobby Valentino, Cash Money Records, Inc., et al., Defendants–Appellees.

No. 11–15023

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

June 27, 2012.

Ramona P. Desalvo, Desalvo Law Firm PLLC, Nashville, TN, Shaun Michael Daugherty, Hall Booth Smith & Slover, PC, Atlanta, GA, for Plaintiff–Appellant.

Cynthia S. Arato, Valerie Figueredo, Marc E. Isserles, Macht Shapiro Arato & Isserles LLP, New York, NY, Thomas Joshua Archer, M. Anne Kaufold–Wiggins, Balch & Bingham, LLP, Ronald Thomas Coleman, Jr., Patrice Russell Walker, Parker Hudson Rainer & Dobbs, LLP, Atlanta, GA, for Defendants–Appellees.

Before BARKETT, PRYOR, and COX, Circuit Judges.

PER CURIAM:

The district court dismissed Michael Bradford's civil action with prejudice pursuant to Fed.R.Civ.P. 41(b), denying in the same order Bradford's motion to dismiss without prejudice. Bradford appeals. He contends that the district court abused its discretion in dismissing with prejudice and in denying his request for dismissal without prejudice. (R.1–169.)

This litigation spanned about two years and eight months. Misconduct by one of Bradford's former attorneys is not disput-

ed. And, misconduct by Bradford himself has support in the record. We conclude that Bradford has not shown that the district court abused its discretion in dismissing the action with prejudice.

AFFIRMED.